THE STEAMSHIP RICHMOND HILL COMPANY, Limited, Respondent, *v.* JOHN C. SEAGER, Impleaded, Appellant.

*Steamship Richmond Hill Co.* v. *Seager,* 31 App. Div. 288, appeal dismissed.

(Argued June 5, 1899; decided June 5, 1899.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 13, 1898, reversing an order of the Special Term vacating and setting aside an execution against the person of the defendant.

*Lorenzo Ullo* for appellant.

*Esek Cowen* for respondent.

Appeal dismissed, with costs, on hearing.